■ ROSE MAGNANTI et al., Appellants, v BARRY FUNERAL HOME, INC., et al., Respondents, et al., Defendant. [715 NYS2d 357] —Order unanimously affirmed without costs for reasons stated at Supreme Court, Shaheen, J. (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Pine, Balio and Lawton, JJ.